UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  2:24-cv-11212-TJH-DTB                                Date: May 8, 2025

Title:     *Mario Esparza v. MDC Los Angeles, et al.*

---

Present:  The Honorable TERRY J. HATTER, U.S. District Judge

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**

   Plaintiff failed to pay the filing fee or refile his *in forma pauperis* request on the Court's CV-60 form applicable to non-prisoners, as ordered on March 10, 2025.

   Accordingly, this action is **DISMISSED** without prejudice.

   IT IS SO ORDERED.